478 A.2d 119

Commonwealth v. Organiscak, Appellant.

Submitted April 11, 1984. William J. McCormick, for appellant; John Pettit, for Commonwealth, appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Judgments of sentence affirmed.

478 A.2d 120

Commonwealth v. Padgett, Appellant.

Petition for Allowance of Appeal
Denied Jan. 28, 1985.

Submitted February 24, 1984. James W. Harris, for appellant; Sheryl A. Dorney, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, P.J., and CIRILLO and CERCONE, JJ.

Affirmed.